UNITED STATES of America, Plaintiff–Appellee

v.

Salvador SAUCEDO–FERNANDEZ, Defendant–Appellant.

No. 08–50637

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

July 19, 2010.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Orlando Mondragon, El Paso, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, STEWART, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Salvador Saucedo–Fernandez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Saucedo–Fernandez has filed a response. Our independent review of the record, counsel's brief, and Saucedo–Fernandez's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the AP-

---

PEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.